(78 South. 990)

JOHNSON v. STATE. (2 Div. 190.) (Court of Appeals of Alabama. April 2, 1918.) Appeal from Circuit Court, Marengo County; R. I. Jones, Judge. Ed Johnson was convicted of the burglary of a storehouse, and appeals. Reversed and remanded. I. I. Canterbury, of Linden, for appellant. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. The only question presented is the action of the court in refusing to give to the jury, at the request of the defendant, the general affirmative charge. We have examined the evidence, and are of the opinion that the insistence of appellant is correct. The Attorney General in brief confesses error. The judgment is reversed, and the cause is remanded. Smith v. State, 133 Ala. 145, 31 South. 806, 91 Am. St. Rep. 21. Reversed and remanded.

(78 South. 991)

LAVENDER v. SOUTHERN BELL TELEGRAPH & TELEPHONE CO. (2 Div. 188.) (Court of Appeals of Alabama. April 16, 1918.) Appeal from Circuit Court, Hale County; B. M. Miller, Judge. Evins & Jack, of Greensboro, for appellant. Pettus, Fuller & Lapsley, of Selma, and J. H. James, of Greensboro, for appellee.

BROWN, J. By agreement of counsel the appeal was dismissed, and the cost taxed against appellee.

(78 South. 991)

McGREGOR v. STATE. (3 Div. 310.) (Court of Appeals of Alabama. April 2, 1918.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. F. Loyd Tate, Atty. Gen., and David W. W. Fuller, Asst. Atty. Gen., for the State.

BROWN, P. J. No bill of exceptions, and no error of record.

(78 South. 991)

MURPHREE v. STATE. (8 Div. 597.) (Court of Appeals of Alabama. Feb. 26, 1918.) Appeal from Circuit Court, Morgan County; Thomas W. Wert, Judge. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(78 South. 991)

SASSER v. STATE. (4 Div. 553.) (Court of Appeals of Alabama. April 2, 1918.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. R. C. Williams, of Dothan, and Marcus J. Fletcher, of Andalusia, for appellant. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. Error confessed, and reversed and remanded.

(78 South. 991)

SMITH v. CITY OF BIRMINGHAM. (6 Div. 479.) (Court of Appeals of Alabama. April 18, 1918.) Appeal from Circuit Court, Jefferson County; Charles W. Ferguson, Judge. W. H. Sadler, Jr., of Birmingham, for appellee.

PER CURIAM. Dismissed for want of prosecution.

(78 South. 991)

STANDARD OIL CO. v. CITY OF BIRMINGHAM. (6 Div. 473.) (Court of Appeals of Alabama. April 18, 1918.) Appeal from Circuit Court, Jefferson County; John H. Miller, Judge. Tillman, Bradley & Morrow, of Birmingham, for appellant. W. A. Jenkins, of Birmingham, for appellee.

PER CURIAM. Dismissed for want of prosecution.

(78 South. 991)

STOLLENWERCK v. STATE. (2 Div. 176.) (Court of Appeals of Alabama. April 2, 1918.) Appeal from Circuit Court, Hale County; B. M. Miller, Judge. Evins & Jack, of Greensboro, for appellant. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Reversed and rendered, in obedience to the mandate of the Supreme Court. 201 Ala. 392, 78 South. 454.

(78 South. 991)

TENNESSEE COAL, IRON & R. R. CO. v. GORDEN. (6 Div. 476.) (Court of Appeals of Alabama. April 18, 1918.) Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge. Percy, Benners & Burr, of Birmingham, for appellant. Charles A. Calhoun, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(79 South. 877)

ALLEN v. STATE. (8 Div. 566.) (Court of Appeals of Alabama. May 28, 1918.) Appeal from Circuit Court, Madison County; R. C. Brickell, Judge. R. E. Smith, of Huntsville, for appellant. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

(79 South. 877)

BLACKBURN v. STATE. (6 Div. 491.) (Court of Appeals of Alabama. May 7, 1918.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. John W. Altman, of Birmingham, for appellant. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. Appeal dismissed on motion of appellant.

(79 South. 878)

BOYKIN v. STATE. (7 Div. 544.) (Court of Appeals of Alabama. June 4, 1918.) Appeal from Circuit Court, Talladega County; Hugh D. Merrill, Judge. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. Appeal dismissed.

(79 South. 878)

BROADAWAY v. E. D. HOLLIS & CO. (8 Div. 572.) (Court of Appeals of Alabama. May 16, 1918.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(79 South. 878)

CARGAL v. CLAYTON. (7 Div. 524.) (Court of Appeals of Alabama. May 30, 1918.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. Alto V. Lee, of Gadsden, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.